SEQ 000808
| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / WI5 21937593 | 01/ | 5451 | 1 of 1 |

RIGHT PRICE GENERAL CONSTRUCTION
3950 De Reimer Ave
Bronx, NY 10466

## Earnings Statement

Period Starting: 07/25/2022
Period Ending: 08/07/2022
Pay Date: 08/19/2022

Business Phone: 917-753-1541

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 2
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Nancy Pierre
489 Prospect Place
Brooklyn, NY 11238

| | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| | 61.6400 | 80.00 | 4931.20 | 27614.72 |
| Gross Pay | | | $4,931.20 | $27,614.72 |

Other Benefits and Information
Total Hours Worked

Important Notes
Basis of pay: Hourly

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -432.40 | 2078.46 |
| Social Security | -305.73 | 1713.11 |
| Medicare | -71.50 | 400.41 |
| New York State Income | -272.79 | 1459.10 |

EXHIBIT
P1