Case 1:23-cv-07950-BMC   Document 9   Filed 11/16/23   Page 1 of 2 PageID #: 44
Case 1:23-cv-07950-BMC   Document 7   Filed 10/27/23   Page 2 of 5 PageID #: 35
Case 1:23-cv-07950-BMC   Document 8   Filed 10/30/23   Page 2 of 5 PageID #: 40

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| NANCY PIERRE <br><br> *Plaintiff(s)* <br><br> v. <br><br> RIGHT PRICE GENERAL CONSTRUCTION CORP.; BROWN POINT FACILITIES MANAGEMENT SOLUTIONS, LLC; and DWIGHT SIBBLIES, individually. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 23-cv-7950 ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RIGHT PRICE GENERAL CONSTRUCTION CORP.
3950 De Reimer Avenue
Bronx, New York 10466

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert Halpern
18 W. Gowen Avenue
Philadelphia, PA 19119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 10/30/23



*Roseann Guzzi*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-cv-07950-BMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Right Price General Construction Corp.
was received by me on *(date)* 11/03/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Renae Sibblies, Administrative Assistant , who is designated by law to accept service of process on behalf of *(name of organization)* Right Price General Construction Corp. on *(date)* 11/15/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 11/15/2023

*Server's signature*

Juan de los Santos, New York Process Server No. 2067123
*Printed name and title*

54 Bristol Street, Suite 7F
Brooklyn, New York 11212

*Server's address*

Additional information regarding attempted service, etc:
On November 13, 2023 at 02:09 p.m., at 3950 De Reimer Avenue, Bronx, New York 10466, I served the within summons in a civil action, civil cover sheet, verified complaint with jury trial demand and Exhibit P1, in this matter, on Right Price General Construction Corp., Defendant, by delivering true copies of the said summons in a civil action, civil cover sheet, verified complaint with jury trial demand, and Exhibit P1 to Renae Sibblies, Administrative Assistant and CEO Dwight Sibblies' wife, who indicated that she was authorized to accept process on behalf of said Defendant. Said address is said Defendant's place of business.

Juan de los Santos
New York Process Server # 2067123
54 Bristol Street, Ste. 7F
Brooklyn, NY 11212