Case 1:23-cv-07950-BMC   Document 10   Filed 11/16/23   Page 1 of 3 PageID #: 46
Case 1:23-cv-07950-BMC   Document 7   Filed 10/27/23   Page 4 of 5 PageID #: 37
Case 1:23-cv-07950-BMC   Document 8   Filed 10/30/23   Page 4 of 5 PageID #: 42

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

Eastern District of New York

| | | |
|---|---|---|
| NANCY PIERRE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 23-cv-7950 |
| RIGHT PRICE GENERAL CONSTRUCTION CORP.; BROWN POINT FACILITIES MANAGEMENT SOLUTIONS, LLC; and DWIGHT SIBBLIES, individually. | ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DWIGHT SIBBLIES
3950 De Reimer Avenue
Bronx, New York 10466

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Halpern
18 W. Gowen Avenue
Philadelphia, PA 19119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 10/30/2023

*Roseann Guzzi*

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-07950-BMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dwight Sibblies
was received by me on *(date)* 11/03/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Renae Sibblies, wife, _____, a person of suitable age and discretion who resides there,
on *(date)* 11/15/2023, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 11/15/2023

*Server's signature*

Juan de los Santos, New York Process Server No. 2067123
*Printed name and title*

54 Bristol Street, Suite 7F
Brooklyn, New York 11212
*Server's address*

Additional information regarding attempted service, etc:
On November 13, 2023 at 02:09 p.m., at 3950 De Reimer Avenue, Bronx, New York 10466(a private house), I served the within summons in a civil action, civil cover sheet, verified complaint with jury trial demand, and Exhibit P1, in this matter, on Dwight Sibblies, Defendant, by delivering true copies of each to Renae Sibblies, wife and co-tenant, who indicated that she was authorized to accept process on behalf of said Defendant. On November 15, 2023, I also mailed true copies of the said pleadings and court documents to said Defendant at the above address, in first class post-paid, properly addressed envelopes, by regular mail and by certified mail (United States Postal Service receipt number 7022 0410 0000 7731 3502, which is attached to this proof of service).

Juan de los Santos
New York Process Server # 2067123
54 Bristol Street, Ste. 7F
Brooklyn, NY 11212

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Bronx, NY 10466      OFFICIAL USE

| Certified Mail Fee | $4.35 | 0308 |
| --- | --- | --- |
| $ | $0.00 | 88 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)            $ $0.00
☐ Return Receipt (electronic)          $ $0.00         Postmark
☐ Certified Mail Restricted Delivery   $ $0.00         Here
☐ Adult Signature Required             $ $0.00
☐ Adult Signature Restricted Delivery  $

Postage   $2.55
$
Total Postage and Fees
$6.90
$

Sent To  Dwight Sibblies
Street and Apt. No., or PO Box No.  3950 De Reimer Avenue,
City, State, ZIP+4®  Bronx, NY 10466

7022 0410 0000 7731 3502

11/15/2023

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions