ATTORNEY(S) :
INDEX # : 1:23-cv-07950-BMC
PURCHASED/FILED : October 30, 2023
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.

Corrected

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Nancy Pierre

Plaintiff(s)

against

Right Price General Construction Corp., et al

Defendant(s)

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS 
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 Yrs.

Weight: 160 Lbs.   Height: 5' 10"   Sex: Female   Color of skin: White

Hair color: Blonde   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **November 14, 2023**, at **1:34 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in A Civil Action & Complaint with Civil Cover Sheet & Exhibit 1**

on
**Brown Point Facility Management Solutions, LLC sued herein as Brown Point Facilities Management Solutions, LLC**

the Defendant in this action, by delivering to and leaving with   **Amy Lesch**
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   $40   dollars; That said service was made pursuant to Section   **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
16th day of November, 2023

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

Robert Guyette

Invoice·Work Order # 2350063
Attorney File # **Pierre**