**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NANCY PIERRE,

   Plaintiff,
   -against-

RIGHT PRICE GENERAL CONSTRUCTION CORP.;
BROWN POINT FACILITIES MANAGEMENT
SOLUTIONS, LLC; and DWIGHT SIBBLIES, individually.

   Defendants.

**Case 1:23-cv-07950-BMC**

**RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendants, Right Price General Construction Corp., and Dwight Sibblies (a private non-governmental party or intervenor) certifies the following:

**Part I**

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicity held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.

Right Price General Construction Corp. does not have a parent corporation or publicly-held stock.

**Part II**

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

N/A

Dated:  December 6, 2023.

                                      Respectfully submitted,
SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Ian E. Smith*
    Ian E. Smith
    New York Bar No. 4027447
    ian@spirelawfirm.com
    margarita@spirelawfirm.com
    filings@spirelawfirm.com

    Attorney for Defendants | Right Prince General
    Construction Corp., and Dwight Sibblies.